UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICKY MOORE,

Petitioner,

-against-

MARK MILLER, Superintendent Green Haven C.F.,

Respondent.

25-CV-5028 (LLS)

CIVIL JUDGMENT

For the reasons stated in the October 29, 2026 order, this action is dismissed.

SO ORDERED.

Dated: November 4, 2026
New York, New York

Louis L. Stanton

Louis L. Stanton
U.S.D.J.